UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ERIC LAMAR ELLIS,**

Plaintiff,

v. **No. 4:26-cv-00794-P**

**CITY OF ROANOKE, ET AL.,**

Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On August 4, 2026, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 26. The FCR recommended that Plaintiff's Motion for Leave to File First Amended Complaint (ECF No. 23) be denied and that all claims against Defendants in this case be dismissed with prejudice. ECF No. 26 at 7. It further recommended that Plaintiff be sanctioned no less than $500 for proposing to file a frivolous complaint in this case and for filing vexatious and abusive litigation in this Court. ECF No. 26 at 7. Plaintiff filed objections to the FCR on August 10. ECF No. 27. Having received no response to Plaintiff's objections, the FCR is now ripe for this Court's review.

The Court has conducted a *de novo* review of the following:

1. The pleadings and record;
2. The FCR of the United States Magistrate Judge (ECF No. 26);
3. Plaintiff's written objections to the FCR (ECF No. 27); and
4. The applicable law.

The Court, having conducted a *de novo* of the FCR in accordance with 28 U.S.C. § 636(b)(1), concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts them as the findings and

conclusions of the Court. Plaintiff's proposed Amended Complaint is frivolous and fails to state a claim against any Defendant. Accordingly, it is **ORDERED** that Plaintiff's objections are **OVERRULED**, and the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**. Plaintiff's Motion for Leave to File First Amended Complaint is hereby **DENIED** and all claims against Defendants in this case are **DISMISSED with prejudice**.[1]

The Court now addresses the Magistrate Judge's recommendation of sanctions. Plaintiff does not have an absolute right to access the federal courts. Repeatedly filing frivolous cases and wasting this Court's limited resources is an abuse of that right. This Court has already declared Plaintiff a vexatious litigant and required them to seek leave before filing any new complaints in this district. *See* ECF No. 21 at 2 (describing Plaintiff's "consistent and unrelenting pattern of filing frivolous cases"). The record in this case shows that they have continued to file and pursue frivolous cases even after being admonished about doing so.

Accordingly, the Court **ORDERS** Plaintiff to **pay $2,000** to the **Clerk of the Court for the Fort Worth Division of the Northern District of Texas**. The Clerk of the Court is **INSTRUCTED** to accept payment in accordance with this Order. The Court further **INSTRUCTS** the Clerk that no further filings from Plaintiff Eric Lamar Ellis be accepted, in any case filed by Plaintiff or any case removed to this Court in which Plaintiff is a party, until Plaintiff pays this sanction.

**SO ORDERED** on this **20th day** of **August 2026.**

Mark T. Pittman

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

---

[1] If a court determines that dismissal of a claim is appropriate, it should be with prejudice if amending the claim would be futile or "the plaintiff has alleged his best case." *Jones v. Greninger*, 188 F.3d 322, 327 (5th Cir. 1999); *see also Schiller v. Physicians Res. Group, Inc.*, 342 F.3d 563, 566 (5th Cir. 2003).